374 A.2d 699

Commonwealth v. Bradley, Appellant.

Argued March 24, 1977. Thomas A. Bergstrom, for appellant; James C. Long, Jr., Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.